AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA  LaBar)                    21-019

# UNITED STATES DISTRICT COURT
## for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| TYRONE DANSBY | ) | Case No.   21-mj-288 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

# CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  September 21, 2020  in the county of  Philadelphia  in the
Eastern  District of  Pennsylvania , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1001 | False statements to a federal agent. |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

/s/ Stephen Johnston
*Complainant's signature*

ATF Special Agent Stephen Johnston
*Printed name and title*

Sworn to before me and signed in my presence.

Henry S. Perkin

Digitally signed by Henry S. Perkin
DN: cn=Henry S. Perkin, o=U.S. Courts, ou,
email=judge_henry_perkin@paed.uscourts.gov,
c=US
Date: 2021.02.12 16:00:08 -05'00'

Date:  02/12/2021

*Judge's signature*

City and state:  Allentown, PA

U.S. Magistrate Judge Henry S. Perkin
*Printed name and title*